**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATE OF AMERICA,** ) | **CASE NO. 1:93 CR 321** |
| ) | |
| **Plaintiff,** ) | **JUDGE DAN AARON POLSTER** |
| ) | |
| **vs.** ) | <u>**OPINION AND ORDER**</u> |
| ) | |
| **DONALD RAY WILLIAMS,** ) | |
| ) | |
| **Defendant.** ) | |

On June 4, 2019, counsel for Defendant Donald Ray Williams filed a document entitled Unopposed Motion for Reduced Sentence under Section 404 of the First Step Act. Doc #: 157. On June 6, 2019, the Court granted the Motion and reduced Williams' sentence from 357 months to the <u>top</u> of the revised applicable U.S. Sentencing Guidelines range of 210 to 262 months, or 262 months. Doc #: 158.

On July 1, 2019, Defendant Williams filed a *Pro Se* Motion to Reconsider or Withdraw the Motion Filed for Reduced Sentence, etc. **Doc #: 160**. Williams stated that he was unaware his lawyer had filed the Unopposed Motion for Reduced Sentence, and he would like to sit down with her to discuss the Motion she filed. *Id.* On July 24, 2019, he filed two more *pro se* motions: a Motion to Reduce Sentence, **Doc #: 161**, and an Amended Motion re First Step Act, **Doc #: 162**. The essence of the three *pro se* motions is that Williams wants an opportunity to present to the Court attachments showing the strides he has made while being incarcerated in an attempt to receive a further sentence reduction.

On August 2, 2019, Williams' counsel filed a Motion to Withdraw the aforementioned motions stating that she has had multiple telephone conversations with Williams, who now asks the Court to withdraw his three *pro se* filings. **Doc #: 165**.

At the same time, Williams's counsel has filed an Unopposed Motion for Reconsideration of Motion for Relief Under the First Step Act. **Doc #: 164**. Therein, Williams asks the Court to reduce his sentence to the <u>bottom</u> of the revised applicable Guidelines range, or 210 months. In support, he has attached numerous documents demonstrating his personal achievements during incarceration. Among other things, he has earned his GED, become a literacy tutor, become an award winning newspaper columnist, created a program (D.R.I.V.E.)–pairing older inmates with younger inmates–with the goal of preventing inmates from re-offending once they are released and has graduated 3500 inmates, and he has won Coach of the Year for three seasons of basketball. *Id.* The Government does not oppose reconsideration for a further reduction within the advisory Guideline range of 210 to 262 months, and is silent as to a specific sentence.

The Court is duly impressed with Williams' many accomplishments and, in particular, his effort to assist younger inmates from re-offending upon their release. Accordingly, for good cause shown, the Court **GRANTS** his motion to withdraw his prior *pro se* motions, **Doc #: 165**, and **WITHDRAWS Doc ##: 160, 161 and 162**.

Moreover, as Williams is nearing 60 years of age and appears to have productively used his time in prison to rehabilitate himself, and the Government does not oppose a further reduction within the revised applicable Guidelines range, the Court hereby **GRANTS** his request for reconsideration and further reduces his sentence from 262 months to the bottom of the revised applicable Guidelines range, or **210 months**. **Doc #: 164**.

     **IT IS SO ORDERED.**

                                 */s/ Dan A. Polster    August 6, 2019*
                                 **Dan Aaron Polster**
                                 **United States District Judge**